IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MICAH TAYLOR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:15CV00020 SWW |
| | * | |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

**Order of Dismissal**

Upon the plaintiff's motion to dismiss this action with prejudice stating that the issues have been resolved,

IT IS THEREFORE ORDERED that the motion [ECF No. 14] is granted, and the above cause of action hereby is dismissed with prejudice. Each side will bear its own costs. Plaintiff's motion to enforce settlement agreement [ECF No. 12] is moot.

SO ORDERED this 6th day of May, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE